```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03234
   FRANCES WASHINGTON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1712

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/13/2008 and was not confirmed.

     The case was dismissed without confirmation 04/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
--------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  SECURED NOT I  16010.22          .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                          ---------------    ---------------
TOTALS                         .00                .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 07/24/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```